■ The People of the State of New York, Respondent, v Calvin Morgan, Appellant. [780 NYS2d 291]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered February 24, 1998, convicting him of murder in the second degree and robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Luciano, J.P., Mastro, Spolzino and Skelos, JJ., concur.